An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NICOLA SAULLE, DERIVATIVELY ON BEHALF OF FORCE PROTECTION, INC.,

Appellants,

vs.

FRANK KAVANAUGH; GORDON MCGILTON; MICHAEL MOODY; MICHAEL DURSKI; RAYMOND POLLARD; JACK A. DAVIS; ROGER G. THOMPSON, JR.; JOHN S. DAY; JOHN W. PAXTON, SR.; AND FORCE PROTECTION, INC., A NEVADA CORPORATION, NOMINAL DEFENDANT,

Respondents.

No. 60553

FILED

JUL 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Having considered the parties' stipulation to dismiss this appeal, we approve it. Accordingly, we vacate the oral argument presently scheduled for 1:30 p.m., on July 3, 2013, and we order this appeal dismissed.

It is so ORDERED.

_Pickering_____, C.J.

cc: Hon. James Todd Russell, District Judge
Robert L. Eisenberg, Settlement Judge
Law Offices of Alfred G. Yates, Jr.
Robbins Arroyo LLP
O'Mara Law Firm, P.C.
King & Spalding LLP
Lewis & Roca, LLP/Las Vegas
Kaempfer Crowell Renshaw Gronauer & Fiorentino
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-19256